**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 11-8046-1-PCT-GMS |
| Plaintiff, ) | |
| vs. ) | |
| Rueben James Dehose, ) | **ORDER** |
| Defendant. ) | |

A pretrial release revocation hearing on the petition on violation of release conditions was held on November 21, 2011.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions of release.

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 23rd day of November, 2011.

Lawrence O. Anderson
United States Magistrate Judge