**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 11-8046-1-PCT-GMS |
| Plaintiff, | ) | |
| vs. | ) | |
| Rueben James Dehose, | ) | **AMENDED ORDER** |
| Defendant. | ) | |

A pretrial release revocation hearing on the petition on violation of release conditions was held on **November 18, 2011.**

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions of release.

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 23rd day of November, 2011.

Lawrence O. Anderson
United States Magistrate Judge